# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> NOVAK PAVING, INC., <br> an Illinois corporation, <br> JAMES NOVAK, Individually <br><br> Defendants. | No. 07 C 4007 <br><br> Judge Zagel <br><br> Magistrate Judge Cole |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on July 17, 2007 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon NOVAK PAINTING, INC., an Illinois corporation was made on the Defendant on July 23, 2007, and a copy of the proof of service was filed with the court on July 30, 2007.

3. Service upon James Novak, Individually, was made on the Defendant on July 23, 2007, and a copy of the proof of service was filed with the court on July 30, 2007.

4. On December 7, 2006, JAMES NOVAK, Individually and as President of Novak Paving, Inc. entered into a Pension Fund installment note for $12,896.13.

# Novak Paving, Inc.

Er# 4234 4691 4235

## Pension Fund

PRINCIPAL TOTAL: $ (22,178.88)

DOWN PYMT: $2,896.67   Date: August 10, 2007

Ck #: 21167

PRINC BALANCE: $ (19,282.21)

NMBR PYMNTS: 24

MNTHLY PYMT: **$889.77** /month

| | | PAY THIS... | ...OR THIS | AFTER REGULAR PAYMENT | | Payments | Made |
|---|---|---|---|---|---|---|---|
| | Date DUE | NOTE BALANCE | PEN PYMNT | PRINC PD | CURRENT PRINC BAL | | Date | Check # |
| 1 | 08/30/07 | 19,442.89 | 889.77 | 729.09 | 18,553.12 | 1 | 8/30/07 | 21169 |
| 2 | 09/30/07 | 18,707.72 | 889.77 | 735.17 | 17,817.95 | 2 | 9/27/07 | 6164 |
| 3 | 10/30/07 | 17,966.43 | 889.77 | 741.30 | 17,076.65 | 3 | 10/30/07 | 6266 |
| 4 | 11/30/07 | 17,218.96 | 889.77 | 747.47 | 16,329.18 | 4 | 12/4/07 | 6404 |
| 5 | 12/30/07 | 16,465.25 | 889.77 | 753.70 | 15,575.48 | 5 | 2/5/08 | 6552 |
| 6 | 01/30/08 | 15,705.27 | 889.77 | 759.98 | 14,815.49 | 6 | 3/20/08 | 6615 |
| 7 | 02/28/08 | 14,938.96 | 889.77 | 766.32 | 14,049.18 | 7 | 4/15/08 | 6647 |
| 8 | 03/30/08 | 14,166.26 | 889.77 | 772.70 | 13,276.48 | 8 | 6/30 | 6765 |
| 9 | 04/30/08 | 13,387.12 | 889.77 | 779.14 | 12,497.34 | 9 | 7/15 | fund |
| 10 | 05/30/08 | 12,601.48 | 889.77 | 785.63 | 11,711.71 | 10 | 8/08 | fund |
| 11 | 06/30/08 | 11,809.30 | 889.77 | 792.18 | 10,919.53 | 11 | | |
| 12 | 07/28/08 | 11,010.52 | 889.77 | 798.78 | 10,120.75 | 12 | ↓ | ↓ |
| 13 | 08/30/08 | 10,205.09 | 889.77 | 805.44 | 9,315.31 | 13 | | |
| 14 | 09/30/08 | 9,392.94 | 889.77 | 812.15 | 8,503.16 | 14 | | |
| 15 | 10/30/08 | 8,574.02 | 889.77 | 818.92 | 7,684.25 | 15 | | |
| 16 | 11/30/08 | 7,748.28 | 889.77 | 825.74 | 6,858.51 | 16 | | |
| 17 | 12/30/08 | 6,915.66 | 889.77 | 832.62 | 6,025.89 | 17 | | |
| 18 | 01/30/09 | 6,076.10 | 889.77 | 839.56 | 5,186.33 | 18 | | |
| 19 | 02/28/09 | 5,229.55 | 889.77 | 846.55 | 4,339.77 | 19 | | |
| 20 | 03/30/09 | 4,375.94 | 889.77 | 853.61 | 3,486.16 | 20 | | |
| 21 | 04/30/09 | 3,515.21 | 889.77 | 860.72 | 2,625.44 | 21 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22 | 05/30/09 | 2,647.32 | | 889.77 | 867.89 | 1,757.55 | 22 |
| 23 | 06/30/09 | 1,772.19 | | 889.77 | 875.13 | 882.42 | 23 |
| 24 | 07/30/09 | 889.77 | | 889.77 | 882.42 | (0.00) | 24 |

# EXHIBIT B

## Novak Paving, Inc.

Er# 4234 4691 4235

### WELFARE FUND

PRINCIPAL TOTAL: $ (57,800.15)

DOWN PYMT: $7,284.29   Date: August 10, 2007

Ck #: 21166

PRINC BALANCE: ($50,515.86)

NMBR PYMNTS: 24

MNTHLY PYMT: **$2,331.04** /month

| | Date DUE | NOTE BALANCE | WELF PYMNT | PRINC PD | CURRENT PRINC BAL | | Date | Check # |
|---|---|---|---|---|---|---|---|---|
| | | PAY THIS... | ...OR THIS | AFTER REGULAR PAYMENT | | | Payments | Made |
| 1 | 08/30/07 | 50,936.81 | 2,331.04 | 1,910.09 | 48,605.77 | 1 | 8/30/07 | 21168 |
| 2 | 09/30/07 | 49,010.80 | 2,331.04 | 1,926.01 | 46,679.76 | 2 | 9/27/07 | 6163 |
| 3 | 10/30/07 | 47,068.74 | 2,331.04 | 1,942.06 | 44,737.70 | 3 | 10/30/07 | 6225 |
| 4 | 11/30/07 | 45,110.50 | 2,331.04 | 1,958.24 | 42,779.46 | 4 | 12/4/07 | 6403 |
| 5 | 12/30/07 | 43,135.94 | 2,331.04 | 1,974.56 | 40,804.90 | 5 | 2/5/08 | 6551 |
| 6 | 01/30/08 | 41,144.92 | 2,331.04 | 1,991.01 | 38,813.88 | 6 | 3/20/08 | 6614 |
| 7 | 02/28/08 | 39,137.32 | 2,331.04 | 2,007.61 | 36,806.28 | 7 | 4/15/08 | 6646 |
| 8 | 03/30/08 | 37,112.98 | 2,331.04 | 2,024.33 | 34,781.94 | 8 | 6/30/08 | fwd |
| 9 | 04/30/08 | 35,071.78 | 2,331.04 | 2,041.20 | 32,740.74 | 9 | 7/15 | fwd |
| 10 | 05/30/08 | 33,013.57 | 2,331.04 | 2,058.21 | 30,682.53 | 10 | 8/15 | fwd |
| 11 | 06/30/08 | 30,938.20 | 2,331.04 | 2,075.36 | 28,607.16 | 11 | | |
| 12 | 07/30/08 | 28,845.55 | 2,331.04 | 2,092.66 | 26,514.51 | 12 | | |
| 13 | 08/30/08 | 26,735.45 | 2,331.04 | 2,110.10 | 24,404.41 | 13 | ✓ | ✓ |
| 14 | 09/30/08 | 24,607.77 | 2,331.04 | 2,127.68 | 22,276.73 | 14 | | |
| 15 | 10/30/08 | 22,462.36 | 2,331.04 | 2,145.41 | 20,131.32 | 15 | | |
| 16 | 11/30/08 | 20,299.07 | 2,331.04 | 2,163.29 | 17,968.03 | 16 | | |
| 17 | 12/30/08 | 18,117.76 | 2,331.04 | 2,181.31 | 15,786.72 | 17 | | |
| 18 | 01/30/09 | 15,918.27 | 2,331.04 | 2,199.49 | 13,587.23 | 18 | | |
| 19 | 02/28/09 | 13,700.45 | 2,331.04 | 2,217.82 | 11,369.41 | 19 | | |
| 20 | 03/30/09 | 11,464.15 | 2,331.04 | 2,236.30 | 9,133.11 | 20 | | |
| 21 | 04/30/09 | 9,209.22 | 2,331.04 | 2,254.94 | 6,878.18 | 21 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22 | 05/30/09 | 6,935.49 | | 2,331.04 | 2,273.73 | 4,604.45 | 22 |
| 23 | 06/30/09 | 4,642.82 | | 2,331.04 | 2,292.67 | 2,311.78 | 23 |
| 24 | 07/30/09 | 2,331.04 | | 2,331.04 | 2,311.78 | - | 24 |